FILE COPY

No. 07-15-00164-CV

| | | |
|---|---|---|
| Danny Lee Shead<br>  Appellant | § | From the 181st District Court<br>  of Randall County |
| | § | |
| v. | | August 11, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Pirtle |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated August 11, 2015, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o